FILED

DEC 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-55165 |
| Plaintiff-Appellee, | D.C. No. 2:92-cr-00749-SVW |
| v. | |
| DWAYNE ALLEN FALCONER, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted December 14, 2010[**]

Before: GOODWIN, WALLACE, and W. FLETCHER, Circuit Judges.

Dwayne Allen Falconer appeals pro se from the district court's order

denying his 18 U.S.C. § 3582(c)(2) motion for a reduced sentence. We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Falconer contends that he is entitled to a reduced sentence in light of the crack-cocaine amendments to the U.S. Sentencing Guidelines. Falconer's contention fails because he was previously sentenced as a career offender under U.S.S.G. § 4B1.1, and was thus not sentenced "based on a sentencing range that has subsequently been lowered by the Sentencing Commission," as required by 18 U.S.C. § 3582(c)(2). *See United States v. Wesson*, 583 F.3d 728, 730-32 (9th Cir. 2009).

**AFFIRMED**.